1  **Danny L. Hitt, Jr.**
   HITT HILLER & MONFILS LLP
2  510 S.W. Third Avenue, Suite 309
   Portland, OR 97204
3  Telephone: (503) 228-8863
   Facsimile: (503) 228-4250
4  E-mail: <dhitt@hittandhiller.com>
   OSB Number: 83381
5  **Glenn C. Brown**
   GLENN C. BROWN, P.C.
6  777 NW Wall Street, Suite 308
   Bend, OR 97701
7  Telephone: (541) 312-2500
   Facsimile: (541) 312-8900
8  E-mail: <glennbrown@bendcable.com>
   OSB Number: 91220
9       Attorneys for Infopak

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| INFOPAK INTERNATIONAL, INC., an Oregon corporation, | ) ) ) | Civil Action No. 3-02-00134-HU |
| Plaintiff, v. | ) ) ) ) | **STIPULATED ORDER AND PERMANENT INJUNCTION** |
| DISPLAY BOX, INC., an Oregon corporation, **MELANIE S. SMITH**, an individual, **AND CREATIVE FORMING, INC.**, a Wisconsin corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court, having considered this Joint Motion for Entry of a Stipulated Permanent Injunction filed by the Parties, and being fully advised,

PAGE 1 - STIPULATED ORDER AND
         PERMANENT INJUNCTION

1  IT IS HEREBY ORDERED:

2  Display Box, Inc., Melanie Smith, Magno-Humphries, and Creative Forming Inc., and all parties acting in concert therewith are hereby permanently enjoined from all manufacture, advertising, sales, and offers of sales of transparent literature dispensers manufactured by Creative Forming Inc. for Display Box, Inc., Melanie Smith, or Magno-Humphries, and any transparent literature dispensers that infringe U.S. Patent No. 5,595,300.

It is so ORDERED this 4 day of December, 2002.

_____
Dennis J. Hubel
United States ~~Magistrate~~ Judge

Prepared and submitted jointly by:

_____
Terrence Kay, OSB #81437
Of Attorneys for Display Box, Melanie Smith
and Magno-Humphries

_____
Danny L. Hitt, Jr., OSB #83381
Glenn C. Brown, OSB #91220
Of Attorneys for Infopak

_____
B. Scott Whipple, OSB #98375
Of Attorneys for Creative Forming

PAGE 2 - STIPULATED ORDER AND
PERMANENT INJUNCTION